I concur that the trial court erred in denying Savage's petition for a writ of habeas corpus, and that this case must be reversed. I note, however, that this case, like Summers v.Summers, 661 So.2d 243 (Ala.Civ.App. 1995), concerns only the denial of a petition for habeas corpus, not the finding of contempt. Therefore, it is my opinion that the majority's analysis regarding contempt is unnecessary to reach a decision in this case. The record indicates that Savage cannot comply while he is imprisoned simply because he has no assets and cannot maintain employment while imprisoned. Savage did not appeal the contempt ruling, and the only issue properly presented on appeal is whether incarceration can be imposed to coerce his compliance. See my special writing in Summers,supra. *Page 895